USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREYSHAWN BREWSTER,

                      Plaintiff,

-against-

MATAKA AIMES, et al.,

                      Defendants.

24-CV-00882 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Plaintiff is proceeding *pro se* and *in forma pauperis*. By Order dated March 11, 2024 (Dkt. No. 15), the Court requested that Defendants City of New York, Officer Mataka Aimes (#5739), Officer Yancy (#5363), and Captain G. (#1046) waive service of summons. On April 9, 2024, the New York City Department of Correction ("DOC") filed an executed waiver of service as to Defendant Officer Yancy (Dkt. No. 17), but also filed an unexecuted waiver of service as to Defendants Officer Mataka Aimes and Captain G. (Dkt. No. 18), stating that it was not able to identify DOC employees that match Defendants Officer Mataka Aimes and Captain G's names and shield numbers. On April 10, 2024, the New York City Law Department (the "Law Department") filed a statement of waiver of service as to Defendant City of New York (Dkt. No. 19).

      Accordingly, it is hereby ORDERED that the Law Department, which is the attorney for DOC, pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), provide residential addresses where Defendants Officer Mataka Aimes and Captain G. may be served. The Law Department must provide this information to Plaintiff and the Court **within 30 days of the date of this Order**. To protect the privacy of Defendants Officer Mataka Aimes and Captain G., the Law Department may submit the addresses *in camera* by mailing or emailing them directly Chambers. After the Court receives this information, it will issue an order directing the Clerk of Court to complete the USM-285 forms for Defendants Officer Mataka Aimes and Captain G. and deliver all documents necessary to effect service on Defendants Officer Mataka Aimes and Captain G. to the U.S. Marshals Service.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the New York City Law Department at: 100 Church Street, New York, New York 10007.

Dated: April 15, 2024
       New York, New York

                                      SO ORDERED.

                                      MARGARET M. GARNETT
                                      United States District Judge