```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TREYSHAWN BREWSTER,

                          Plaintiff,                  24-CV-00882 (MMG)(SN)

        -against-                                    **ORDER**

C.O. YANCY, et al.,

                        Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Wednesday, January 15, 2025, at 9:45 a.m. At that time, the parties shall call (855) 244-8681 and enter Access Code 23142707008.

      IT IS HEREBY ORDERED that the Warden or other official in charge of the Greene Correctional Facility produce Treyshan Brewster, Inmate No. 23-R-1567, on January 15, 2025, no later than 9:30 a.m., to a suitable location within the Greene Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

      If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Diljah Shaw at (212) 805-0286.

      Defense counsel must: (1) send this Order to the Warden immediately; (2) contact the Greene Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:     January 6, 2025
                 New York, New York