```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/2025

TREYSHAWN BREWSTER,

                              Plaintiff,

        -against-

C.O. YANCY, et al.,

                             Defendants.

```
-----------------------------------------------------------------X
```

24-CV-00882 (MMG)(SN)

**ORDER REQUESTING LIMITED APPEARANCE OF *PRO BONO* COUNSEL**

**SARAH NETBURN, United States Magistrate Judge:**

    On January 15, 2025, the parties appeared for an initial pretrial conference. Plaintiff requested that the Court appoint *pro bono* counsel to assist him during discovery. Plaintiff's oral request is GRANTED. The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Plaintiff for the limited purpose of conducting discovery.

    In the Amended Complaint, Plaintiff asserts claims under 42 U.S.C. § 1983 and seeks compensatory and punitive damages. He alleges that a New York City Department of Corrections officer assaulted him, resulting in physical and emotional injuries. He further alleges that, in retaliation for reporting this incident, he was subjected to a strip search, his personal effects were destroyed, he was accused falsely of misconduct, and he was prevented from attending medical appointments.

Plaintiff is reminded that he does not have a constitutional right to *pro bono* counsel and there are limited lawyers available to volunteer to represent *pro se* litigants. Accordingly, unless and until a p*ro bono* lawyer agrees to represent Plaintiff, he must proceed on his own behalf.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:	January 15, 2025
	New York, New York