UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TREYSHAWN BREWSTER,

                              **Plaintiff,**              24-CV-00882 (MMG)(SN)

       -against-                                            **ORDER**

C.O. YANCY, et al.,

                              **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court adopts Defendants' proposed confidentiality and protective order, subject to a meet and confer between the parties regarding whether victim and witness names must be designated as attorney's eyes only. <u>See</u> ECF No. 49. Following a meet and confer, the parties are directed to file a proposed joint confidentiality and protective order by April 24, 2025. By May 1, 2025, Defendants shall produce documents responsive to Plaintiff's Document Requests Nos. 2, 16, and 17 and shall respond to Plaintiff's Interrogatory No. 16.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     April 22, 2025
                New York, New York