UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TREYSHAWN BREWSTER,

                         Plaintiff,                    24-CV-00882 (MMG)(SN)

       -against-                                  **ORDER**

C.O. YANCY, et al.,

                        Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff filed a motion to amend the complaint on May 19, 2025, and Defendants have not filed an opposition as of June 4, 2025. ECF Nos. 57-58. Defendants are ORDERED to file any opposition by June 6, 2025. If Defendants to do not file an opposition, the Court will consider the motion unopposed.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED:    June 4, 2025
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2025