```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TREYSHAWN BREWSTER,

                              Plaintiff,                      24-CV-00882 (MMG)(SN)

        -against-                                 **ORDER**

C.O. YANCY, et al.,

                             Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants are ORDERED to respond to Plaintiff's letter regarding discovery disputes by no later than 10:00 a.m. on June 16, 2025. A discovery conference to address these issues is scheduled for June 16, 2025, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:     June 13, 2025
                New York, New York