UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

TREYSHAWN BREWSTER,

                                        Plaintiff,

                -against-

C.O. YANCY, et al.,

                                        Defendants.

--------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    6/16/2025
```

24-CV-00882 (MMG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for July 29, 2025, at 10:00 a.m. Accordingly, the Warden or other official in charge of Greene Correctional Facility is ORDERED to produce Treyshawn Brewster, DIN No. 23R1567, on July 29, 2025, at 10:00 a.m. and for several hours thereafter to a suitable location within Green Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Green Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) provide that number to Plaintiff's counsel, who will telephone Plaintiff at the time and date of the conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     June 16, 2025
           New York, New York