UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TREYSHAWN BREWSTER,

                            Plaintiff,

        -against-

C.O. YANCY, et al.,

                            Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2025

24-CV-00882 (MMG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court held a discovery conference on June 16, 2025, at 3:00 p.m. Counsel for Plaintiff and Defendants appeared. The Court ordered Defendants to produce certain documents by June 24, 2025, including but not limited to directives and policies regarding the retention of all facility video footage; documents regarding the retention of body camera footage; and documents regarding the retention of non-counseled personal phone calls. The Court further ordered Defendants to produce by June 30, 2025, search logs, documents, and identities of individuals involved in the search of Plaintiff's room the week of October 8, 2022. The Court ordered the parties to schedule the final three depositions by July 16, 2025.

Defendant is ORDERED to request a copy of the transcript of these proceedings and provide it to Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    June 16, 2025
                New York, New York