**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

TREYSHAWN BREWSTER,

                                     **Plaintiff,**

               -against-

SHADAY GIBSON, et al.,

                                 **Defendants.**

-------------------------------------------------------------------X

**24-CV-00882 (MMG)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 1/22/2026 ___

**SARAH NETBURN, United States Magistrate Judge:**

In light of Plaintiff's Third Amended Complaint (ECF No. 99), the parties are

ORDERED to submit a joint letter (not to exceed three pages) indicating whether there are any

outstanding discovery issues and proposing a revised pretrial schedule by no later than Friday,

January 30, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 22, 2026
              New York, New York