UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 3/13/2026
```

TREYSHAWN BREWSTER,

                       **Plaintiff,**

        -against-

SHADAY GIBSON, et al.,

                       **Defendants.**

----------------------------------------------------------------X

24-CV-00882 (MMG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

IT IS HEREBY ORDERED that the Warden or other official in charge of the Greene Correctional Facility produce Treyshawn Brewster on Wednesday, April 8, 2026, no later than 10:00 a.m., to a suitable location within the Greene Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a settlement conference with the Court and the parties.

Plaintiff's counsel must: (1) send this Order to the Warden immediately; and (2) contact the Greene Correctional Facility to arrange the call and (3) determine the telephone number at which Plaintiff will be reachable at the above time and date.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 13, 2026
            New York, New York