UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

TREYSHAWN BREWSTER,

                        **Plaintiff,**

          -against-

SHADAY GIBSON, et al.,

                      **Defendants.**

-------------------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:____ 3/23/2026 |

24-CV-00882 (MMG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

IT IS HEREBY ORDERED that the Warden or other official in charge of the Greene Correctional Facility produce Treyshawn Brewster on Monday, April 27, 2026, no later than 10:00 a.m., to a suitable location within the Greene Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a settlement conference with the Court and the parties.

Plaintiff's counsel must: (1) send this Order to the Warden immediately; and (2) contact the Greene Correctional Facility to arrange the call and (3) determine the telephone number at which Plaintiff will be reachable at the above time and date.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 23, 2026
               New York, New York