# The Law Office of **Ihsan Dogramaci**

20 West 20th Street, Suite 305
New York, New York 10011

tel. (646) 481 6507
fax. (646) 619 4394

Direct contact information:
idogramaci@dogramacilaw.com
(646) 234-8639

April 8, 2026

**By ECF**

Hon. Margaret M. Garnett
U.S. District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2101
New York, NY 10007

   Re: *Brewster v. McNair* No. 24-CV-00882 (MMS) (SN) (S.D.N.Y.)

Dear Judge Garnett,

   I represent plaintiff in this case.

   The Court has scheduled a conference for May 26, 2026, at 9:30 am to discuss defendants' anticipated motion for partial summary judgment. (ECF No. 131.) This letter is to request a different date for the conference, either earlier or later, because I will be traveling abroad from May 21 through May 27.

   I have conferred with opposing counsel to find dates that work for all sides. Counsel for all parties are available on May 20, May 29 and June 1.

   There has been no previous request for this conference to be rescheduled.

      Respectfully,

      */s/ Ihsan Dogramaci*

      Ihsan Dogramaci

cc (by ECF): counsel of record

GRANTED.  At counsel's request (Dkt. No. 132), the conference scheduled for May 26, 2026, is hereby ADJOURNED until **Monday, June 1, 2026**, at **9:30 a.m.**  The conference will take place in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  The Clerk of Court is respectfully directed to terminate Dkt. No. 132.

SO ORDERED.  Dated April 13, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE